### Davis *v.* Hubbard & Co.—In error.

AN unincorporated company cannot sue in the name of the firm. See *Hays et al.* v. *Lanier et al.*, 3 Blackf. 322, and note.— *Hughes* v. *Walker et al.*, the present term, *post.*